AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

KIRTAN PATEL, Individually and on behalf of all other similarly situated

*Plaintiff(s)*

v.    Civil Action No.

UNDER ARMOUR, INC., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawrence "Chip" Molloy, c/o Under Armour, Inc., 1020 Hull Street, 3rd Floor, Baltimore, Maryland  21230

Serve On Resident Agent:
The Corporation Trust, Inc., 2405 York Road, Suite 201, Lutherville, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nikoletta S. Mendrinos, Esq.
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, Maryland  21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*