# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Civil No. 1:17-cv-00388-RDB<br><br>CLASS ACTION |
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                                     Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN and LAWRENCE "CHIP" MOLLOY,<br><br>                                     Defendants. | Civil No. 1:19-cv-03209-RDB<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S MOTION TO CONSOLIDATE AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE

Lead Plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund respectfully moves the Court to: (i) consolidate *Patel v. Under Armour, Inc.*, No. 1:19-cv-03209-RDB with *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388-RDB pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (ii) vacate the notice issued in connection

- 1 -

4837-3478-5709.v1

with the filing of the related *Patel* action establishing a January 6, 2020 lead plaintiff deadline in

*Patel*. The *Patel* action overlaps with, and is directly related to, the *In re Under Armour* case. And,

as Aberdeen was previously appointed to serve as Lead Plaintiff in the consolidated action, there is

no need for a new lead plaintiff.

This motion is based on the accompanying Memorandum of Law and [Proposed] Order.

DATED: November 18, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
ROBERT R. HENSSLER JR.
CHRISTOPHER R. KINNON


                                  s/ Robert P. Henssler Jr.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
bhenssler@rgrdlaw.com
ckinnon@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
jreise@rgrdlaw.com
mdearman@rgrdlaw.com

*Lead Counsel for Plaintiff*

- 2 -

4837-3478-5709.v1

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
Andrew C. White, Federal Bar No. 0821
awhite@mdattorney.com
William Sinclair, Federal Bar No. 28833
bsinclair@mdattorney.com
Pierce C. Murphy, Federal Bar No. 30030
pmurphy@mdattorney.com
201 N. Charles Street, 26th Floor
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)

*Local Counsel*

- 3 -

4837-3478-5709.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

4837-3478-5709.v1