**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) ) | Civil No. 1:17-cv-00388-RDB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | |
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated, <br><br><div align=right>Plaintiff,</div><br> v. <br><br> UNDER ARMOUR, INC., et al., <br><br><div align=right>Defendants.</div> | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:19-cv-03209-RDB <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF ROBERT R. HENSSLER JR. IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF COUNSEL

4849-2423-2112.v1

| | |
|---|---|
| PHILLIP KRAFT, Individually and on Behalf of All Others Similarly Situated, | Civil No. 1:19-cv-03502-RDB |
| Plaintiff, | CLASS ACTION |
| v. | |
| UNDER ARMOUR, INC., et al., | |
| Defendants. | |
| JEFFREY WARONKER, Individually and on Behalf of All Others Similarly Situated, | Civil No. 1:19-cv-03581-RDB |
| Plaintiff, | CLASS ACTION |
| v. | |
| UNDER ARMOUR, INC., et al., | |
| Defendants. | |

4849-2423-2112.v1

I, ROBERT R. HENSSLER JR., declare as follows:

1.      I am over the age of 18 and am competent to declare the matters contained herein based upon my personal knowledge.

2.      I am a member of Robbins Geller Rudman & Dowd LLP.  I submit this Declaration in support of Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund's ("Aberdeen") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      A true and accurate copy of the notice published by plaintiff *Patel* on *Business Wire*, a national, business-oriented newswire service, on November 6, 2019;

Exhibit B:      A true and accurate copy of the Certification of Aberdeen; and

Exhibit C:      A true and accurate copy of a chart of Aberdeen's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 6, 2020, at San Diego, California.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

- 1 -

4849-2423-2112.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: bhenssler@rgrdlaw.com

4849-2423-2112.v1

# Mailing Information for a Case 1:17-cv-00388-RDB In re Under Armour Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Abelson**
  aabelson@zuckerman.com,dvermilye@zuckerman.com,creilly@zuckerman.com,cvandergriff@zuckerman.com

- **Stephen R Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Austin P Brane**
  abrane@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Amanda F Davidoff**
  davidoffa@sullcrom.com,amanda-davidoff-7764@ecf.pacerpro.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,tseymore@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Eric Robert Delinsky**
  edelinsky@zuckerman.com

- **Adam Heider Farra**
  FarraA@gilbertlegal.com,efilings@cohenmilstein.com

- **Samuel P Groner**
  samuel.groner@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com

- **Scott R Haiber**
  scott.haiber@hoganlovells.com,james.tansey@hoganlovells.com

- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher R Kinnon**
  ckinnon@rgrdlaw.com

- **Thomas Joseph Minton**
  tminton@charmcitylegal.com

- **Maureen E Mueller**
  mmueller@rgrdlaw.com

- **Pierce Christopher Murphy**
  pmurphy@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com,dfarmer@mdattorney.com

- **Kirtan Patel**
  nikoletta.mendrinos@murphyfalcon.com

- **Charles J Piven**
  piven@browerpiven.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_fl@rgrdlaw.com,mmueller@rgrdlaw.com

- **Juan Carlos Sanchez**
  JSanchez@rgrdlaw.com

- **Elizabeth A Shonson**
  eshonson@rgrdlaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com,rscaffidi@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com

- **Daniel Stephen Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Michael P Sternheim**
  michael.sternheim@friedfrank.com

- **Jon Myer Talotta**
  jon.talotta@hoganlovells.com,albert.hagovsky@hoganlovells.com

- **James Tansey**
  james.tansey@hoganlovells.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Yelena Trepetin**
  trepetin@browerpiven.com

- **James D Wareham**
  James.Wareham@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com

- **G Stewart Webb , Jr**
  gswebb@venable.com,dmvermette@venable.com

- **Andrew C White**
  awhite@mdattorney.com,rscaffidi@mdattorney.com

- **Michael Jackman Wilson**
  MJWilson@Venable.com,BBLaFavors@Venable.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 1:19-cv-03209-RDB     Document 12-2     Filed 01/06/20     Page 7 of 7

# Mailing Information for a Case 1:19-cv-03209-RDB Patel v. Under Armour, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nikoletta Sara Mendrinos**
  nikoletta.mendrinos@murphyfalcon.com,erica.finn@murphyfalcon.com,erin.sofinowski@murphyfalcon.com,karyn.slavin@murphyfalcon.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)