# EXHIBIT 4

**The Court-Appointed Lead Plaintiff in the *Under Armour* Securities Class Action Announces Clarification of Deadline for Seeking Appointment as Lead Plaintiff**

*Business Wire* San Diego – December __, 2019 – Pursuant to an order issued by the United States District Court for the District of Maryland, Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Aberdeen"), which is the Court-appointed Lead Plaintiff in the consolidated securities class action styled *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388-RDB (the "*Under Armour* Securities Class Action") publishes this notice to clarify that: (1) on December __, 2020, the case styled *Patel v. Under Armour, Inc.*, No. 1:19-cv-03209-RDB (D. Md.) ("*Patel*") was consolidated into the *Under Armour* Securities Class Action, to proceed under the caption *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388-RDB with Aberdeen as the Court-appointed Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel; and (2) the deadline to seek appointment as Lead Plaintiff in *Patel* has been vacated.

This clarification corrects information previously published by The Rosen Law Firm, P.A. on November 6, 2019, which advised that the deadline for investors to move for appointment as Lead Plaintiff in *Patel* is January 6, 2020 (the "November 6, 2019 Notice"). The statutory deadline for any motions seeking appointment in the consolidated securities class actions on behalf of investors in Under Armour securities previously expired on April 11, 2017. Aberdeen was appointed as Lead Plaintiff in the *Under Armour* Securities Class Action on April 26, 2017. Pursuant to the Court's Order, any lead plaintiff motions filed in response to the November 6, 2019 Notice will be untimely and will not be considered by the Court.

Additional information concerning the pending *Under Armour* Securities Class Action is available on the Court docket. If you wish to discuss this action, you may contact Lead Counsel, Robert R. Henssler Jr., at Robbins Geller Rudman & Dowd LLP at 800-449-4900 or bhenssler@rgrdlaw.com.