**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) |
| | Civil No. 1:17-cv-00388-RDB |
| | CLASS ACTION |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) |
| | ) |
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) |
| | Civil No. 1:19-cv-03209-RDB |
| Plaintiff, | ) ) ) |
| | CLASS ACTION |
| v. | ) ) ) |
| UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN and LAWRENCE "CHIP" MOLLOY, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

**DECLARATION OF ROBERT R. HENSSLER IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION TO CONSOLIDATE AND VACATE NOTICE AND LEAD PLAINTIFF DEADLINE**

I, ROBERT R. HENSSLER JR., declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for

- 1 -

4848-1797-2655.v1

Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund serving as the Court-appointed Lead Plaintiff in the above-entitled action. I submit this declaration in support of Plaintiff's Reply Memorandum of Law in Support of Lead Plaintiff's Motion to Consolidate and Vacate Notice and Lead Plaintiff Deadline.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, *Hrasok v. Kraton Corp.*, No. 4:18-cv-591-GCH (S.D. Tex. Nov. 15, 2019) (ECF No. 31-1);

3.      Attached as Exhibit 2 is a true and correct copy of Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, *Christine Asia Co. v. Ma*, No. 1:15-md-02631-SM (SDA) (S.D.N.Y. Apr. 29, 2019) (ECF No. 123-1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of December, 2019, at San Diego, California.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

4848-1797-2655.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.