UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br>    Defendants. | Case No: 1:19-cv-03209-RDB<br><br><br>CLASS ACTION |
| PHILLIP KRAFT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br>    Defendants. | Case No: 1:19-cv-03502-RDB |

[Additional caption on next page]

1

| | |
|---|---|
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, BRAD DICKERSON and LAWRENCE "CHIP" MOLLOY,<br><br>      Defendants. | Case No: 1:19-cv-03581-RDB |

**NOTICE OF MOTION OF GIL MAGANA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court of Maryland, Movant Gil Magana ("Movant"), by and through his counsel, will and hereby do move this Court, pursuant to Section 21D(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto) granting: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) appointment of Movant as the Lead Plaintiff for the Class; (3) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel, and Murphy, Falcon & Murphy, P.A. as Liaison Counsel for the Class; (4) granting such other and further relief as the Court may deem just and proper (the "Motion").

In support of this Motion, Movant submits a Memorandum of Law and the Declaration of Nikoletta S. Mendrinos filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: January 6, 2020

Respectfully submitted,

By: /s/ Nikoletta S. Mendrinos
Nikoletta S. Mendrinos (18961)
**MURPHY, FALCON & MURPHY**
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 539-6500
Fax: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com

*Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiff*
*(Pro hac vice forthcoming)*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Nikoletta S. Mendrinos

4