UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br><br>    Defendants. | Case No: 1:19-cv-03209-RDB<br><br><br><br>CLASS ACTION |
| PHILLIP KRAFT, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br><br>    Defendants. | Case No: 1:19-cv-03502-RDB |

[Additional caption on next page]

1

| | |
|---|---|
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, BRAD DICKERSON and LAWRENCE "CHIP" MOLLOY,<br><br>    Defendants. | Case No: 1:19-cv-03581-RDB |

**DECLARATION OF NIKOLETTA S. MENDRINOS IN SUPPORT OF GIL MAGANA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Nikoletta S. Mendrinos, declare:

1.      I am an associate at the law firm of Murphy, Falcon & Murphy, proposed Liaison Counsel for Movant Gil Magana ("Movant"). I make this Declaration in support of the Motion of Movant for: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) appointment of Movant as the Lead Plaintiff for the Class; (3) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel, and Murphy, Falcon & Murphy as Liaison Counsel for the Class; (4) granting such other and further relief as the Court may deem just and proper (the "Motion").

2

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

     Exhibit 1:    PSLRA early notice issued on November 6, 2019;

     Exhibit 2:    Gil Magana's PSRLA Certification;

     Exhibit 3:    Gil Magana's Loss Chart;

     Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume;

     Exhibit 5:    Murphy, Falcon & Murphy's firm resume.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed this 6th day of January, 2019.

         /s/ Nikoletta S. Mendrinos
         Nikoletta S. Mendrinos

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Nikoletta S. Mendrinos

4