# EXHIBIT 3

**Under Armour, Inc. Loss Chart**
**Class Period: September 16, 2015 to November 1, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 17.31767 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Magana, Gil | Opening Position 350 Shares | | | | 1/15/2016 | 350 | $70.38 | Related to Opening Position | | | | |
| | 2/26/2016 | 100 | ($42.55) | ($4,254.74) | | | | | | | | |
| | 3/2/2016 | 2,500 | ($84.00) | ($210,000.00) | | | | | | | | |
| | 4/8/2016 | 975 | | | 4/13/2016 | 975 | $41.00 | $39,975.00 UA Class C Shares Received from 4/8/2016 stock split | | | | |
| | 4/13/2016 | 900 | ($44.75) | ($40,275.00) | 3/16/2016 | 1,500 | $82.00 | $123,000.00 | | | | |
| | 6/10/2016 | 500 | ($37.00) | ($18,500.00) | 4/5/2016 | 25 | $85.49 | $2,137.35 | | | | |
| | 11/23/2016 | 2,500 | ($31.00) | ($77,500.00) | 4/21/2016 | 875 | $43.66 | $38,198.91 | | | | |
| | 12/2/2016 | 75 | ($30.09) | ($2,256.75) | 1/4/2019 | 1,000 | $18.11 | $18,110.00 | | | | |
| | 1/31/2017 | 1,000 | ($20.80) | ($20,800.00) | 11/4/2019 | 4,000 | $17.84 | $71,360.00 | | | | |
| | 2/3/2017 | 1,000 | ($20.80) | ($20,800.00) | | | | | | | | |
| | | 9,550 | | ($394,386.49) | | 8,375 | | $292,781.26 | 1,175 | $20,348.26 | ($81,256.97) | |

*Some of Mr. Magana's purchase and sale dates reflect the settlement date.
**There was a stock split on 4/8/2016, Mr. Magana promptly sold his UA Class C Shares acquired from the split. All other purchases and sales are UAA Class A Shares.