# EXHIBIT 5



Murphy, Falcon & Murphy, a 100% minority owned firm, has a unique track record of successes: over $800 million in verdicts and settlements in Courts around the Country.  Our team of attorneys has extensive experience handling numerous forms of complex civil and criminal litigation.  We are passionate about giving a voice to those with a compelling story to tell and tireless in our quest to secure justice on their behalf.  At our core, our firm is aggressive, proactive, and tenacious, zealously fighting for the best interests of our clients. We are driven to win cases, whether through a favorable settlement or exhaustive courtroom battle. We have the experience, drive, skill, and resources to take on cases in some of the toughest jurisdictions in the country, and we always try our own cases.

## HERE'S WHAT DIFFERENTIATES MURPHY, FALCON & MURPHY

### WE REPRESENT PLAINTIFFS & DEFENDANTS

This dual perspective helps us better serve our clients because we more intimately understand the strengths and weaknesses of their positions. Our attorneys have refined their ability to accurately and confidently assess a case, understand the weaknesses of our opponent with the goal of further developing our own strategy, and ultimately, craft novel settlement solutions or prevail at trial. It is this divergent experience that most informs our practice.

### OUR BOUTIQUE SIZE LENDS TO CLIENT CONNECTION

Our formidable team of trial lawyers is large enough to handle some of the nation's most complicated litigation, yet small and responsive enough to provide the kind of quality client service not normally found in larger firms. We strive to build long-lasting relationships with our clients, ensuring that we understand their perspective and can achieve the best outcome that is right for them.

### WE THRIVE ON DIVERSITY

As an African American-owned firm founded in Baltimore City more than 70 years ago, we take pride in cultivating a group of attorneys who are diverse not only racially and ethnically, but also in terms of socio-economic background and experience beyond the law.  Our attorneys include former clerks at Maryland's highest court, the Maryland Court of Appeals, and the United States Court of Appeals for the Federal Circuit; start-up executives; corporate managers; state and federal prosecutors; criminal defense attorneys; and intellectual property litigators.  It is this breadth of knowledge and diversity of perspective that separates our attorneys from those at other law firms in the region and across the nation.

ONE SOUTH STREET, 30TH FLOOR, BALTIMORE, MD 21202 · 800.227.0150 · T: 410.539.6500 · F: 410.539.6599 · MURPHYFALCON.COM

## OUR PRACTICE IS FLEXIBLE AND CLIENT-CENTERED

Without the stratification often found at other law firms, our partners and senior attorneys are able to keep in constant contact with our clients and tailor legal services to suit their specific needs. This lack of bureaucracy characterizes our firm-wide culture of collaboration and allows us to offer flexible and creative ideas, innovative litigation strategies, unconventional settlement solutions, and most of all, helps us achieve success on behalf of our clients. When clients reach out to us, they don't get just one lawyer—they get a team.

## Notable Cases

- *Freddie Gray, Jr. v. Caesar R. Goodson, Jr., et al.* (2015) (Circuit Court for Baltimore City). MFM obtained a $6.4 million pre-suit settlement for the family and estate of Freddie Gray, Jr. for federal and state civil rights violations that led to plaintiff's death.

- *Fallows, et al. v. St. Joseph Medical Center, Inc.* (2014) (Circuit Court for Baltimore City). MFM obtained $50 million in settlements for individuals and a certified class action with St. Joseph's Medical Center, Inc. on behalf of patients that had unnecessary stents placed by Dr. Mark Midei.

- *Do Right's Plant Growers, et al. v. RSM Equico, Inc., et al.* (2011) (Superior Court for Orange County, California). As settlement counsel for Defendant, MFM negotiated a $37.5 million class action settlement.

- *Wynn et al. v. MJ Harbor Hotel, LLL, et al.* (2010) (Circuit Court for Baltimore City). MFM won a $34,333,000 verdict on behalf of injured restaurant workers poisoned by carbon monoxide exposure.

- *Queen v. Constellation Power Source Generation, Inc.* (2009) (Circuit Court for Baltimore City). MFM reached a $55 million class action settlement with Constellation Energy on behalf of homeowners whose groundwater had been contaminated by coal ash.

- *Billieson, et al. v. Scottsdale Ins. and Hous. Auth. of New Orleans* (2007) (Civil District Court for the Parish of Orleans, Louisiana). MFM defended a $5 billion class action brought against defendants by 2,400 children injured by lead paint, settled for $55 million.

- *Mosley v. Bryan Keshaw* (2006) (Circuit Court for Baltimore City). MFM obtained a $44,300,000 verdict in Baltimore City Circuit Court for an individual who was rendered a quadriplegic after a battery by a Baltimore City Police officer.

- *People of the State of New York, by the Attorney General v. H&R Block, Inc., et al.* (2006) (Supreme Court of New York City, New York). MFM defended H&R Block in action brought by the Attorney General of the State of New York.

- *In re H&R Block, Inc., Express IRA Marketing Litigation* (2006) (United States District Court, Western District of Missouri). Defended H&R Block in national class action based on excessive fees charged to consumers.

- *Diaz v. Johnson & Johnson* (2003) (United States District Court, Eastern District of Louisiana). MFM successfully defended Johnson & Johnson in the first trial of a multi-thousand case DL proceeding in the United States District Court in New Orleans concerning the drug Propulsid.

- *H&R Block Refund Anticipation Loan Cases* (2003) (Nationwide). National coordinating counsel for H&R Block in Refund Anticipation Loan litigation nationwide, including two national class actions and four state class actions. Successfully litigated and resolved all cases which included millions of class members.

- *Lynne A. Carnegie, et al. v. H&R Block, Inc., et al.* (2003) (United States District Court, Northern District of Illinois). Defended and settled H&R Block in nationwide class action alleging violations of the Truth in Lending Act and the Racketeer Influenced and Corrupt Organizations Act.

- *Steele Software Systems v. First Union National Bank* (2002) (Circuit Court for Baltimore City). MFM won a $276 million verdict against a major national bank. This was the largest punitive damage award in Maryland history at that time.

- *Jackson, et al. v. Microsoft, and Donaldson, et al. v. Microsoft* (2001) (United States District Court, Western District of Washington). MFM successfully defended the Microsoft Corporation in two $5 billion race discrimination class action cases brought separately by Willie Gary and Johnny Cochran, respectively, resulting in the dismissal of the class allegations in the first case and denial of class certification in the second case.

- *Devan v. Ernst & Young* (2002) (Circuit Court for Baltimore City). MFM and co-counsel Snyder, Weiner & Weltcheck negotiated a $185 million settlement against Ernst & Young, the largest single-defendant settlement in Maryland history.

- *Green, et al. v. H&R Block, Inc., et al.* (2000) (United States District Court, District of Maryland). Defended and settled statewide class action based on H&R Block's Refund Anticipation Loan product.

- *Mike Tyson v. Don King Productions, et al.* (2000) (United States District Court, Southern District of New York). Defense counsel for Don King Productions.

## NIKOLETTA MENDRINOS
ASSOCIATE

Ms. Mendrinos is an associate at Murphy, Falcon & Murphy in Baltimore, where she handles civil matters. In this role, Ms. Mendrinos provides invaluable legal research and support for cases involving police brutality, carbon monoxide poisoning, water pollution, catastrophic injury, and medical malpractice, in addition to drafting many of the firm's motions and complaints. She has also driven numerous cases to a successful resolution, either by way of a jury verdict or settlement.

With a meticulous eye and a practical understanding of the law, Ms. Mendrinos has been lauded for her ability to analyze and



apply precedential case law to her current work. She, along with her colleagues at Murphy, Falcon & Murphy, develops the precise and creative legal strategies that set the firm apart. During her tenure at Murphy, Falcon & Murphy, Ms. Mendrinos' work has assisted in securing settlements in excess of $75 million.

After an enterprising start holding management positions in a number of commercial businesses, Ms. Mendrinos turned her eye toward a long-standing dream: law school. Ms. Mendrinos received her J.D. from the University of Baltimore School of Law in 2012, where she graduated with honors. She previously received her B.S. from the University of Nevada, Las Vegas. While attending the University of Baltimore School of Law, she served as the Managing Editor of the Journal of Land and Development and was a member of the National Moot Court Competition Team.

Ms. Mendrinos interned for the Honorable Judge Barry Williams and Honorable Judge John Prevas, in addition to clerking for Shaw, Joseph & Just, P.A. Following graduation, Ms. Mendrinos interned for the Honorable Judge Stephen Sfekas, associate judge for the Baltimore City Circuit Court.

Ms. Mendrinos is licensed in Maryland, the District of Columbia, and the United States District Court for the District of Maryland. She has been named to the Maryland Rising Stars list by Maryland Super Lawyers for four consecutive years (2017-2020).