# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC., et al.<br><br>   Defendants. | Case No.: 1:19-cv-03209-RDB<br><br>Hon. Richard D. Bennett |
| PHILLIP KRAFT, Individually and on Behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC., et al.<br><br>   Defendants. | Case No.: 1:19-cv-03502-RDB<br><br>Hon. Richard D. Bennett |
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC., et al.<br><br>   Defendants. | Case No.: 1:19-cv-03581-RDB<br><br>Hon. Richard D. Bennett |

**NOTICE OF MOTION OF JULIE HSU FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of Maryland, Movant Julie Hsu ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned

related actions (the "Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of Under Armour, Inc. ("Under Armour" or the "Company") from September 16, 2015 and November 1, 2019, inclusive; (3) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Nicholas I. Porritt filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Actions; (2) appoint Movant as Lead Plaintiff on behalf of all similarly situated Under Armour investors; (3) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: January 6, 2020                             Respectfully Submitted,

                                                   **LEVI & KORSINSKY, LLP**

                                                   By: /s/ *Nicholas I. Porritt*
                                                   Nicholas I. Porritt (17078)
                                                   Adam M. Apton (*Pro hac vice* forthcoming*)*
                                                   1101 30th Street NW, Suite 115
                                                   Washington, DC 20007
                                                   Tel.: (202) 524-4290
                                                   Fax: (202) 333-2121
                                                   Email: nporritt@zlk.com
                                                   Email: aapton@zlk.com

                                                   *Lead Counsel for Movant and [Proposed]*
                                                   *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Nicholas I. Porritt, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of January 2020.

/s/ *Nicholas I. Porritt*
Nicholas I. Porritt