**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03209-RDB<br><br>Hon. Richard D. Bennett |
| PHILLIP KRAFT, Individually and on Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03502-RDB<br><br>Hon. Richard D. Bennett |
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03581-RDB<br><br>Hon. Richard D. Bennett |

**DECLARATION OF NICHOLAS I. PORRITT IN SUPPORT OF JULIE HSU FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Nicholas I. Porritt, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Julie Hsu ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidating the Actions, appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of Under Armour, Inc., ("Under Armour"), and approving Movant's selections of the law firm of Levi & Korsinsky, LLP

1

("Levi & Korsinsky") as Lead Counsel for the putative class

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certification signed by Movant attesting to her purchases of Under Armour securities;

Exhibit B:      Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Under Armour securities;

Exhibit C:      Press Release published November 6, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Patel v. Under Armour, Inc., et al.*, Case No. 1:19-cv-03209-ER.

Exhibit D:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: January 6, 2020                    Respectfully Submitted,

/s/ *Nicholas I. Porritt*
Nicholas I. Porritt

2

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas I. Porritt, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of January 2020.

/s/ *Nicholas I. Porritt*
Nicholas I. Porritt