# EXHIBIT B

| Client Name | Julie Hsu |
|---|---|
| Company Name | Under Armour, Inc. |
| Ticker Symbol | UA |
| Security Type | |
| Class Period Start | 09-16-2015 |
| Class Period End | 11-01-2019 |
| 90-DAY Lookback Period Start | 11-02-2019 |
| 90-DAY Lookback Period End | 01-05-2020 |
| 90-DAY Lookback Average | $ 17.24 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $269,005.75 |
| *DURA LIFO* Total* | $269,005.75 |
| Gross Shares Purchased | 13,375.00 |
| Net Shares Retained | 13,375.00 |
| Net Funds Expended | $499,551.60 |

**Julie-Hsu**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-29-2016 | 5890 | $40.5931 | $ 239,093.36 | | | | | | - | 5890 | 5890 | $ 17.24 | $ 101,526.36 | $ 137,567.00 | $ 137,567.00 |
| 08-31-2016 | 6896 | $35.9500 | $ 247,911.20 | | | | | | - | 6896 | 6896 | $ 17.24 | $ 118,866.86 | $ 129,044.34 | $ 129,044.34 |
| 01-17-2017 | 211 | $26.0000 | $ 5,486.00 | | | | | | - | 211 | 211 | $ 17.24 | $ 3,637.02 | $ 1,848.98 | $ 1,848.98 |
| 04-09-2019 | 378 | $18.6800 | $ 7,061.04 | | | | | | - | 378 | 378 | $ 17.24 | $ 6,515.61 | $ 545.43 | $ 545.43 |
| Total: | 13,375.00 | | $ 499,551.60 | | | | | | | 13,375.00 | 13,375.00 | | $230,545.85 | $269,005.75 | $269,005.75 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosures matched to intra-class period purchases.