UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------- x
KIRTAN PATEL, Individually and on Behalf : Civ. A. No. 1:19-cv-03209-RDB
of All Others Similarly Situated, :
                                        : CLASS ACTION
            Plaintiff, :
                                        :
    vs. :
                                        :
UNDER ARMOUR, INC., :
                                        :
            Defendants. :
------------------------------------------------------------- x
PHILLIP KRAFT, Individually and on Behalf :
of All Others Similarly Situated, : Civ. A. No. 1:19-cv-03502-RDB
                                        :
            Plaintiff, : CLASS ACTION
                                        :
    vs. :
                                        :
UNDER ARMOUR, INC., :
                                        :
            Defendants. :
-------------------------------------------------------------x
JEFFREY WARONKER, Individually and on :
Behalf of All Others Similarly Situated, : Civ. A. No. 1:19-cv-03581-GLR
                                        :
            Plaintiff, : CLASS ACTION
                                        :
    vs. :
                                        :
UNDER ARMOUR, INC., :
                                        :
            Defendants. :
-------------------------------------------------------------x

**NOTICE OF MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION
OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff KBC Asset Management NV ("KBC"), will move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 101 West Lombard Street, Baltimore, MD 21201, for an order:  (i) consolidating the above-captioned actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing KBC as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; (iii) approving KBC's selection of Motley Rice LLC as Lead Counsel for the putative class; and (iv) granting any such further relief as the Court may deem just and proper.  In support of this Motion, KBC submits the accompanying Memorandum of Law, Declaration of John E. Herrick and exhibits attached thereto, and Proposed Order.

DATED:  January 6, 2020                    Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ John E. Herrick*

John E. Herrick, Bar No. 11430
Gregg S. Levin
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
jherrick@motleyrice.com
glevin@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV and*
*Proposed Lead Counsel for the Class*

Case 1:19-cv-03209-RDB    Document 10    Filed 01/06/20    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 6, 2020.

*/s/ John E. Herrick*
John E. Herrick