UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------ x
KIRTAN PATEL, Individually and on Behalf  :   Civ. A. No. 1:19-cv-03209-RDB
of All Others Similarly Situated,         :

                           :   CLASS ACTION
          Plaintiff,             :

                           :
     vs.                     :

                           :
UNDER ARMOUR, INC.,         :

                           :
          Defendants.        :
------------------------------------------------------------ x
PHILLIP KRAFT, Individually and on Behalf  :
of All Others Similarly Situated,         :   Civ. A. No. 1:19-cv-03502-RDB

                           :
          Plaintiff,             :   CLASS ACTION

                           :
     vs.                     :

                           :
UNDER ARMOUR, INC.,         :

                           :
          Defendants.        :
------------------------------------------------------------ x
JEFFREY WARONKER, Individually and on  :
Behalf of All Others Similarly Situated,    :   Civ. A. No. 1:19-cv-03581-GLR

                           :
          Plaintiff,            :   CLASS ACTION

                           :
     vs.                     :

                           :
UNDER ARMOUR, INC.,         :

                           :
          Defendants.        :
------------------------------------------------------------ x

**[PROPOSED] ORDER GRANTING MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL**

Having read and considered all motions for appointment as Lead Plaintiff in the above-captioned actions and all supporting documents submitted to this Court, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The motion of KBC Asset Management NV ("KBC") is **GRANTED**.

2.      The above-captioned actions are **CONSOLIDATED** for all purposes under the caption for the first-filed action.

3.      KBC is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4.      KBC's selection of Lead Counsel is **APPROVED**, and Motley Rice LLC is **APPOINTED** to serve as Lead Counsel for the class.

        **IT IS SO ORDERED.**

Dated: _____, 2020        _____
                                             The Honorable Richard D. Bennett
                                             United States District Judge
                                             District of Maryland