UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

```
------------------------------------------------------- x
KIRTAN PATEL, Individually and on Behalf    :   Civ. A. No. 1:19-cv-03209-RDB
of All Others Similarly Situated,           :
                                            :   CLASS ACTION
            Plaintiff,                      :
                                            :
       vs.                                  :
                                            :
UNDER ARMOUR, INC.,                         :
                                            :
            Defendants.                     :
------------------------------------------------------- x
PHILLIP KRAFT, Individually and on Behalf   :
of All Others Similarly Situated,           :   Civ. A. No. 1:19-cv-03502-RDB
                                            :
            Plaintiff,                      :   CLASS ACTION
                                            :
       vs.                                  :
                                            :
UNDER ARMOUR, INC.,                         :
                                            :
            Defendants.                     :
------------------------------------------------------- x
JEFFREY WARONKER, Individually and on       :
Behalf of All Others Similarly Situated,    :   Civ. A. No. 1:19-cv-03581-GLR
                                            :
            Plaintiff,                      :   CLASS ACTION
                                            :
       vs.                                  :
                                            :
UNDER ARMOUR, INC.,                         :
                                            :
            Defendants.                     :
------------------------------------------------------- x
```

**DECLARATION OF JOHN E. HERRICK IN SUPPORT OF MOTION OF KBC ASSET
MANAGEMENT NV FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF
LEAD COUNSEL**

I, John E. Herrick, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Maryland and this Court.  I am an attorney with the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff KBC Asset Management NV ("KBC"), and proposed Lead Counsel for the class in the above-captioned actions.  I make this declaration in support of KBC's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of its Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      KBC's sworn Certification;

Exhibit B:      Charts of KBC's Estimated Losses;

Exhibit C:      Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on November 6, 2019; and

Exhibit D:      Motley Rice's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of January, 2020, at Mt. Pleasant, South Carolina.

*s/ John E. Herrick*
John E. Herrick

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 6, 2020.


*/s/ John E. Herrick*
John E. Herrick