# Exhibit B

**Under Armour Inc. (UA)**
**KBC Asset Management NV**

**Class Period: 9/16/2015 - 11/1/2019**                              **Hold Price: $17.2798**

### INDEX FUND

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Purchase | 4/8/2016 | 7,577 | $42.8150 | ($324,409.26) |
| Purchase | 4/25/2016 | 2,900 | $44.2600 | ($128,354.00) |
| Purchase | 6/13/2016 | 73 | $0.0000 | $0.00 |
| Purchase | 5/9/2017 | 7,882 | $19.8100 | ($156,142.42) |
| **Net Proceeds of Transactions** | | | | **($608,905.68)** |
| **Value of 18,432 retained shares @ $17.2798  per share** | | | | **$318,500.57** |
| **(Loss)/Gain for INDEX FUND** | | | | **($290,405.10)** |

### KBC EQUITY FD

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Purchase | 4/8/2016 | 11,137 | $42.8150 | ($476,830.66) |
| Purchase | 4/8/2016 | 1,227 | $42.8150 | ($52,534.01) |
| Purchase | 4/8/2016 | 15,114 | $42.8150 | ($647,105.91) |
| Purchase | 4/8/2016 | 4,595 | $42.8150 | ($196,734.93) |
| Purchase | 4/29/2016 | 4,717 | $40.8000 | ($192,453.60) |
| Purchase | 5/23/2016 | 4,707 | $34.8300 | ($163,944.81) |
| Purchase | 6/13/2016 | 32 | $0.0000 | $0.00 |
| Purchase | 6/13/2016 | 145 | $0.0000 | $0.00 |
| Purchase | 6/13/2016 | 8 | $0.0000 | $0.00 |
| Purchase | 6/13/2016 | 107 | $0.0000 | $0.00 |
| Purchase | 6/24/2016 | 11,333 | $33.5133 | ($379,806.23) |
| Purchase | 6/30/2016 | 16,746 | $36.4000 | ($609,554.40) |
| Sale | 6/30/2016 | (20,561) | $36.3708 | $747,820.02 |
| Sale | 6/30/2016 | (9,796) | $36.3708 | $356,288.36 |
| Sale | 7/1/2016 | (8,907) | $36.8400 | $328,133.88 |
| Sale | 7/11/2016 | (145) | $36.5700 | $5,302.65 |
| Sale | 7/19/2016 | (5,843) | $36.9500 | $215,898.85 |
| Sale | 8/18/2016 | (3,355) | $37.9500 | $127,322.25 |
| Purchase | 9/26/2016 | 6,387 | $33.5800 | ($214,475.46) |
| Purchase | 10/20/2016 | 2,283 | $33.4200 | ($76,297.86) |
| Purchase | 10/24/2016 | 2,572 | $32.9000 | ($84,618.80) |
| Sale | 10/26/2016 | (2,743) | $27.4600 | $75,322.78 |
| Sale | 11/2/2016 | (24,405) | $25.3500 | $618,666.75 |
| Purchase | 1/18/2017 | 153 | $25.3500 | ($3,878.55) |

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Purchase | 1/27/2017 | 6,660 | $25.5200 | ($169,963.20) |
| Sale | 4/11/2017 | (10,178) | $18.0400 | $183,611.12 |
| Sale | 6/12/2017 | (1,990) | $21.2000 | $42,188.00 |
| **(Loss)/Gain for KBC EQUITY FD** | | | | **($567,643.75)** |

**PLATO INST.I.F**

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Purchase | 4/8/2016 | 3,053 | $42.8150 | ($130,714.20) |
| Purchase | 6/13/2016 | 21 | $0.0000 | $0.00 |
| Purchase | 11/22/2016 | 4,904 | $24.0100 | ($117,745.04) |
| Sale | 12/6/2018 | (7,978) | $22.5800 | $180,143.24 |
| **(Loss)/Gain for PLATO INST.I.F** | | | | **($68,316.00)** |

| **Grand Total for 3 Funds** | | | | |
|---|---|---|---|---|
| **(Loss)/Gain[b]** | | | | **($926,364.85)** |

(a) Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

(b) Losses calculated on a last-in first-out (LIFO) basis.

**Under Armour Inc. (UAA)**
**KBC Asset Management NV**

**Class Period: 9/16/2015 - 11/1/2019**                                    **Hold Price: $19.0914**

## INDEX FUND

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Pre-Class Shares | | 6,134 | | |
| Purchase | 1/25/2016 | 1,443 | $34.6695 | ($50,028.02) |
| Net Proceeds of Transactions | | | | ($50,028.02) |
| Value of 1,443 retained shares @ $19.0914  per share | | | | $27,548.93 |
| (Loss)/Gain for INDEX FUND | | | | ($22,479.09) |

## KBC EQUITY FD

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Pre-Class Shares | | 1,227 | | |
| Purchase | 11/20/2015 | 11,161 | $46.8423 | ($522,806.81) |
| Purchase | 11/25/2015 | 1,540 | $46.8881 | ($72,207.69) |
| Purchase | 11/25/2015 | 5,533 | $46.8881 | ($259,431.91) |
| Purchase | 11/25/2015 | 11,998 | $46.8881 | ($562,563.54) |
| Sale | 12/4/2015 | (589) | $44.4495 | $26,180.77 |
| Sale | 12/15/2015 | (1,148) | $42.3368 | $48,602.60 |
| Sale | 12/15/2015 | (1,655) | $41.5018 | $68,685.53 |
| Purchase | 12/16/2015 | 1,508 | $42.3113 | ($63,805.44) |
| Sale | 1/7/2016 | (1,098) | $39.7098 | $43,601.36 |
| Sale | 1/12/2016 | (14,041) | $36.7316 | $515,747.90 |
| Sale | 1/12/2016 | (745) | $36.7316 | $27,365.02 |
| Sale | 1/12/2016 | (3,767) | $36.7316 | $138,367.81 |
| Sale | 1/20/2016 | (2,396) | $34.2828 | $82,141.57 |
| Sale | 1/25/2016 | (5,290) | $35.1069 | $185,715.36 |
| Purchase | 1/29/2016 | 4,638 | $43.4924 | ($201,717.81) |
| Purchase | 1/29/2016 | 14,946 | $43.4924 | ($650,037.60) |
| Purchase | 2/18/2016 | 8,481 | $41.2524 | ($349,861.38) |
| Sale | 2/18/2016 | (1,751) | $41.2524 | $72,232.91 |
| Purchase | 3/21/2016 | 1,040 | $43.5331 | ($45,274.47) |
| Purchase | 3/21/2016 | 2,481 | $43.5331 | ($108,005.72) |
| Purchase | 4/29/2016 | 5,185 | $43.9400 | ($227,828.90) |
| Purchase | 6/2/2016 | 4,212 | $36.5600 | ($153,990.72) |
| Purchase | 6/15/2016 | 1,623 | $37.7600 | ($61,284.48) |
| Purchase | 6/30/2016 | 2,310 | $40.1300 | ($92,700.30) |
| Sale | 6/30/2016 | (16,322) | $40.1300 | $655,001.86 |

| | | | | |
|---|---|---|---|---|
| Sale | 6/30/2016 | (14,767) | $40.1300 | $592,599.71 |
| Sale | 6/30/2016 | (4,595) | $40.1300 | $184,397.35 |
| Sale | 7/1/2016 | (2,683) | $40.4300 | $108,473.69 |
| Purchase | 7/29/2016 | 26,063 | $39.4600 | ($1,028,445.98) |
| Purchase | 9/7/2016 | 4,838 | $39.9200 | ($193,132.96) |
| Purchase | 9/26/2016 | 19,969 | $38.6000 | ($770,803.40) |
| Sale | 10/3/2016 | (4,970) | $38.6300 | $191,991.10 |
| Purchase | 10/24/2016 | 15,747 | $37.9000 | ($596,811.30) |
| Sale | 10/26/2016 | (3,171) | $31.8100 | $100,869.51 |
| Sale | 10/31/2016 | (9,984) | $31.1000 | $310,502.40 |
| Sale | 11/2/2016 | (35,716) | $30.7900 | $1,099,695.64 |
| Purchase | 11/30/2016 | 22,558 | $30.8451 | ($695,803.77) |
| Purchase | 11/30/2016 | 284,310 | $30.8451 | ($8,769,570.38) |
| Purchase | 11/30/2016 | 1,362 | $30.8451 | ($42,011.03) |
| Sale | 1/3/2017 | (35,977) | $29.8700 | $1,074,632.99 |
| Sale | 1/3/2017 | (52,348) | $29.8905 | $1,564,707.89 |
| Purchase | 1/12/2017 | 2,226 | $30.3800 | ($67,625.88) |
| Purchase | 1/18/2017 | 5,265 | $29.3500 | ($154,527.75) |
| Purchase | 1/27/2017 | 8,922 | $29.1300 | ($259,897.86) |
| Sale | 1/31/2017 | (229,030) | $21.4910 | $4,922,083.73 |
| Purchase | 3/2/2017 | 291,754 | $20.9438 | ($6,110,437.43) |
| Sale | 3/9/2017 | (8,792) | $19.1500 | $168,366.80 |
| Sale | 3/31/2017 | (1,362) | $19.7800 | $26,940.36 |
| Sale | 3/31/2017 | (276,072) | $19.8282 | $5,474,010.83 |
| Sale | 4/11/2017 | (11,772) | $19.4200 | $228,612.24 |
| Sale | 4/24/2017 | (18,614) | $19.4400 | $361,856.16 |
| Sale | 6/12/2017 | (1,015) | $23.1400 | $23,487.10 |
| Sale of Pre-Class Shares | 6/12/2017 | (1,227) | $23.1400 | $28,392.78 |
| Purchase | 10/2/2018 | 13,376 | $21.2000 | ($283,571.20) |
| Sale | 11/20/2018 | (1,291) | $20.8300 | $26,891.53 |
| Sale | 1/9/2019 | (1,748) | $19.2200 | $33,596.56 |
| Purchase | 4/2/2019 | 2,350 | $21.3300 | ($50,125.50) |
| Sale | 5/28/2019 | (687) | $23.5722 | $16,194.10 |
| Sale | 7/18/2019 | (2,955) | $26.9700 | $79,696.35 |
| Purchase | 8/22/2019 | 840 | $18.9800 | ($15,943.20) |
| Sale | 10/24/2019 | (840) | $20.8600 | $17,522.40 |
| **Net Proceeds of Transactions** | | | | **($3,939,453.28)** |
| **Value of 9,045 retained shares @ $19.0914  per share** | | | | **$172,681.97** |
| **(Loss)/Gain for KBC EQUITY FD** | | | | **($3,766,771.30)** |

| PLATO INST.I.F | | | | |
| --- | --- | --- | --- | --- |
| **Transaction Type** | **Date** | **Quantity** | **Price**[a] | **Amount** |
| Pre-Class Shares | | 2,025 | | |
| Purchase | 11/25/2015 | 1,028 | $46.8881 | ($48,200.98) |
| Purchase | 12/6/2018 | 6,580 | $24.0700 | ($158,380.60) |
| **Net Proceeds of Transactions** | | | | **($206,581.58)** |
| **Value of 7,608 retained shares @ $19.0914  per share** | | | | **$145,247.59** |
| **(Loss)/Gain for PLATO INST.I.F** | | | | **($61,333.99)** |

| Grand Total for 3 Funds | |
| --- | --- |
| **(Loss)/Gain**[b] | **($3,850,584.39)** |

(a) Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

(b) Losses calculated on a last-in first-out (LIFO) basis.

(c) The cost basis for transactions prior to 4/7/2016 have been adjusted by a factor of 0.5091 as a result of a spinoff.