UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

```
---------------------------------------------------------- x
KIRTAN PATEL, Individually and on Behalf  :   Civ. A. No. 1:19-cv-03209-RDB
of All Others Similarly Situated,         :
                                          :   CLASS ACTION
                  Plaintiff,              :
                                          :
        vs.                               :
                                          :
UNDER ARMOUR, INC.,                       :
                                          :
                  Defendants.             :
---------------------------------------------------------- x
PHILLIP KRAFT, Individually and on Behalf :
of All Others Similarly Situated,         :   Civ. A. No. 1:19-cv-03502-RDB
                                          :
                  Plaintiff,              :   CLASS ACTION
                                          :
        vs.                               :
                                          :
UNDER ARMOUR, INC.,                       :
                                          :
                  Defendants.             :
----------------------------------------------------------x
JEFFREY WARONKER, Individually and on     :
Behalf of All Others Similarly Situated,  :   Civ. A. No. 1:19-cv-03581-GLR
                                          :
                  Plaintiff,              :   CLASS ACTION
                                          :
        vs.                               :
                                          :
UNDER ARMOUR, INC.,                       :
                                          :
                  Defendants.             :
----------------------------------------------------------x
```

**RULE 7.1 DISCLOSURE STATEMENT OF MOVANT
KBC ASSET MANAGEMENT NV**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for movant KBC Asset Management NV ("KBC") certifies as follows:

1. KBC is wholly owned by KBC Group NV.

DATED: January 6, 2020                Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ John E. Herrick*

John E. Herrick, Bar No. 11430
Gregg S. Levin
Christopher F. Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
jherrick@motleyrice.com
glevin@motleyrice.com
cmoriarty@motleyrice.com

*Counsel for KBC Asset Management NV and*
*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 6, 2020.

*/s/ John E. Herrick*
John E. Herrick