**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | ) ) ) ) | Civil No. 1:17-cv-00388-RDB |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | |
| ALL ACTIONS. | | |
| | ) ) | |
| KIRTAN PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil No. 1:19-cv-03209-RDB |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) ) | |
| UNDER ARMOUR, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

4817-4914-3984.v1

PHILLIP KRAFT, Individually and on Behalf of All Others Similarly Situated,

                                Plaintiff,

      v.

UNDER ARMOUR, INC., et al.,

                                Defendants.

Civil No. 1:19-cv-03502-RDB

CLASS ACTION

JEFFREY WARONKER, Individually and on Behalf of All Others Similarly Situated,

                                Plaintiff,

      v.

UNDER ARMOUR, INC., et al.,

                                Defendants.

Civil No. 1:19-cv-03581-RDB

CLASS ACTION

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable Richard D. Bennett, located at the United States District Court for the District of Maryland, 101 West Lombard Street, Chambers 5D, Baltimore, Maryland 21201, Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Aberdeen") will respectfully move the Court, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order: (i) consolidating the above-captioned related securities actions pursuant to Rule 42(a) of the Federal Rule of Civil Procedure; (ii) appointing Aberdeen as Lead Plaintiff in the above-captioned actions; and (iii) approving Aberdeen's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, and the Declaration of Robert R. Henssler Jr. in support thereof, filed contemporaneously herewith.

DATED: January 6, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
ROBERT R. HENSSLER JR.
CHRISTOPHER R. KINNON

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
bhenssler@rgrdlaw.com
ckinnon@rgrdlaw.com

- 1 -

4817-4914-3984.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
jreise@rgrdlaw.com
mdearman@rgrdlaw.com

*Lead Counsel for Plaintiff*

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
Andrew C. White, Federal Bar No. 0821
awhite@mdattorney.com
William Sinclair, Federal Bar No. 28833
bsinclair@mdattorney.com
201 N. Charles Street, 26th Floor
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)

*Local Counsel*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROBERT R. HENSSLER JR.
ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bhenssler@rgrdlaw.com

4817-4914-3984.v1

# Mailing Information for a Case 1:17-cv-00388-RDB In re Under Armour Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Abelson**
  aabelson@zuckerman.com,dvermilye@zuckerman.com,creilly@zuckerman.com,cvandergriff@zuckerman.com

- **Stephen R Astley**
  sastley@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Austin P Brane**
  abrane@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Amanda F Davidoff**
  davidoffa@sullcrom.com,amanda-davidoff-7764@ecf.pacerpro.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,9825585420@filings.docketbird.com,tseymore@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Eric Robert Delinsky**
  edelinsky@zuckerman.com

- **Adam Heider Farra**
  FarraA@gilbertlegal.com,efilings@cohenmilstein.com

- **Samuel P Groner**
  samuel.groner@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com

- **Scott R Haiber**
  scott.haiber@hoganlovells.com,james.tansey@hoganlovells.com

- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher R Kinnon**
  ckinnon@rgrdlaw.com

- **Thomas Joseph Minton**
  tminton@charmcitylegal.com

- **Maureen E Mueller**
  mmueller@rgrdlaw.com

- **Pierce Christopher Murphy**
  pmurphy@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com,dfarmer@mdattorney.com

- **Kirtan Patel**
  nikoletta.mendrinos@murphyfalcon.com

- **Charles J Piven**
  piven@browerpiven.com

- **Nicholas Ian Porritt**
  nporritt@zlk.com

- **Jack Reise**
  jreise@rgrdlaw.com,e_file_fl@rgrdlaw.com,mmueller@rgrdlaw.com

- **Juan Carlos Sanchez**
  JSanchez@rgrdlaw.com

- **Elizabeth A Shonson**
  eshonson@rgrdlaw.com

- **William Nelson Sinclair**
  bsinclair@mdattorney.com,rscaffidi@mdattorney.com,dlawal@mdattorney.com,e_file@mdattorney.com

- **Daniel Stephen Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Michael P Sternheim**
  michael.sternheim@friedfrank.com

- **Jon Myer Talotta**
  jon.talotta@hoganlovells.com,albert.hagovsky@hoganlovells.com

- **James Tansey**
  james.tansey@hoganlovells.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Yelena Trepetin**
  trepetin@browerpiven.com

- **James D Wareham**
  James.Wareham@friedfrank.com,ManagingAttorneysDepartment@friedfrank.com

- **G Stewart Webb , Jr**
  gswebb@venable.com,dmvermette@venable.com

- **Andrew C White**
  awhite@mdattorney.com,rscaffidi@mdattorney.com

- **Michael Jackman Wilson**
  MJWilson@Venable.com,BBLaFavors@Venable.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:19-cv-03209-RDB Patel v. Under Armour, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert R Henssler , Jr**
  bhenssler@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nikoletta Sara Mendrinos**
  nikoletta.mendrinos@murphyfalcon.com,erica.finn@murphyfalcon.com,erin.sofinowski@murphyfalcon.com,karyn.slavin@murphyfalcon.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)