UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br>　　　　Defendants. | Case No: 1:19-cv-03209-RDB<br><br><br>CLASS ACTION |
| PHILLIP KRAFT, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br>　　　　Defendants. | Case No: 1:19-cv-03502-RDB |

[Additional caption on next page]

1

| | |
|---|---|
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, BRAD DICKERSON and LAWRENCE "CHIP" MOLLOY,<br><br>     Defendants. | Case No: 1:19-cv-03581-RDB |

## NOTICE OF WITHDRAWAL OF MOTION OF GIL MAGANA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>HIS SELECTION OF COUNSEL</u>

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

Gil Magana ("Movant"), hereby withdraws his Motion for Consolidation, Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel (Dkt. No. 8). Having reviewed the competing motions filed in the action, the Movant does not appear to have the largest financial interest.

2

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: January 13, 2020

Respectfully submitted,

By: /s/ Nikoletta S. Mendrinos
Nikoletta S. Mendrinos (18961)
**MURPHY, FALCON & MURPHY, P.A.**
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 539-6500
Fax: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com

*Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
       lrosen@rosenlegal.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Nikoletta S. Mendrinos