UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03209-RDB<br><br>Hon. Richard D. Bennett |
| PHILLIP KRAFT, Individually and on Behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03502-RDB<br><br>Hon. Richard D. Bennett |
| JEFFREY WARONKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., et al.<br><br>    Defendants. | Case No.: 1:19-cv-03581-RDB<br><br>Hon. Richard D. Bennett |

**NOTICE OF WITHDRAWAL OF JULIE HSU'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Julie Hsu ("Movant") respectfully withdraws her motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of her selection of Lead Counsel. On January 6, 2020. Movant timely filed a motion for consolidation, appointment as Lead Plaintiff, and approval of selection of counsel, stating that she suffered losses of approximately $269,005.75 in financial losses in connection with

her purchases of Under Armour, Inc. ("Under Armour" or the "Company") from September 16, 2015 and November 1, 2019, inclusive. Similar motions were filed by other putative class members in the Actions. Having reviewed the competing lead plaintiff motions, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, she does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on the Movant's membership in the proposed class, her right to share in any recovery obtained for the benefit of the class, or her ability to serve as Lead Plaintiff should the need arise.

Dated: January 21, 2020                              Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Nicholas I. Porritt*
Nicholas I. Porritt (17078)
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Counsel for Movant*