**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

**U.S.Courthouse - Chambers 5D**  
**101 W. Lombard Street**  
**Baltimore, MD 21201**  
**Tel:  410-962-3190**  
**Fax: 410-962-3177**

August 27, 2020

**<u>LETTER ORDER</u>**

TO COUNSEL OF RECORD

RE:    *In re Under Armour Securities Litigation* – RDB-17-0388

*Patel v. Under Armour, Inc. et al* – RDB-19-3209

*Waronker v. Under Armour, Inc. et al* – RDB-19-3581

Dear Counsel:

Pursuant to this Court's Memorandum Opinion in Civil Action No. RDB-17-0388 (ECF No. 139) filed January 22, 2020, this Court concluded that it would GRANT the Motion for Relief from this Court's September 9, 2019 Judgment (Civil No. RDB-17-0388, ECF No. 106) if the United States Court of Appeals for the Fourth Circuit remanded for that purpose. The Fourth Circuit has indeed now remanded case number RDB-17-388 in an unpublished per curiam opinion two weeks ago. *See In re Under Armour Securities Litigation*, No. 19-2032 (4th Cir. Aug. 13, 2020), Doc. No. 64.

In this Court's earlier opinion, this Court indicated that this matter would be consolidated with *Patel v. Under Armour Inc.* (RDB-19-3209) and *Waronker v. Under Armour* (RDB-19-3581).  It has been further indicated that the lead plaintiff of this action would be appointed and that the Plaintiffs would be permitted to file a Third Amended Complaint bringing only claims under Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78(a), only against the Defendants Under Armour and Kevin Plank.

Accordingly, the Court requests that counsel in all three of the above-captioned cases contact chambers to arrange an on-the-record virtual hearing to address these issues and any

other scheduling issues for further briefing.

Although informal in format, this letter nonetheless constitutes an order of court and the

Clerk is directed to docket it as such.

Sincerely,


/s/

Richard D. Bennett
United States District Judge