UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re UNDER ARMOUR SECURITIES LITIGATION | Case No: 1:17-cv-00388-RDB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>KIRTAN PATEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC., KEVIN A. PLANK, PATRIK FRISK, DAVID E. BERGMAN, and LAWRENCE "CHIP" MOLLOY,<br><br>    Defendants. | Case No: 1:19-cv-03209-RDB |

**ORDER [PROPOSED]**

On this ____ 6th day of ____ December ____, 2022, it is hereby

ORDERED that Nikoletta S. Mendrinos, Murphy, Falcon & Murphy, Phillip Kim, Laurence Rosen, and The Rosen Law Firm's Motion to Withdraw Appearance is hereby GRANTED, and it is further

ORDERED that the Clerk of the Court STRIKE the appearance of Nikoletta S. Mendrinos, Murphy, Falcon & Murphy, Phillip Kim, Laurence Rosen, and The Rosen Law Firm in the above-captioned Action.

               /s/
            _____
The Honorable Richard D. Bennett,
U.S. District Court for the
District of Maryland